UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00080-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| WILLIAM ORMOND, III | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 34 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 7th day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge