UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Lachlian Ormond III            Docket No. 5:16-CR-80-1FL

## Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Lachlian Ormond III, who, upon an earlier plea of guilty to Felon in Possession of a Firearm 18 U.S.C. § 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 5, 2017, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Lachlian Ormond III was released from custody on June 26, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 30, 2019, the defendant submitted a urine sample that tested positive for methamphetamine. The specimen was confirmed by laboratory analysis on August 6, 2019. When confronted the defendant admitted that he used prescription drugs that were not prescribed to him.

It was originally ordered that the defendant be subject to the DROPS program as a condition of supervision. Due to the lack of available nearby facilities for the defendant to complete this sanction, and his lack of reliable transportation, it poses an undue burden on the defendant. Therefore, it is respectfully requested that the DROPS sanction be stricken from the conditions of supervision. The probation office has provided a verbal reprimand for the defendant, and he will be referred to treatment to complete an updated substance abuse assessment to address the drug positive.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The DROPS Sanction is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: August 14, 2019 |

**William Lachlian Ormond III**
**Docket No. 5:16-CR-80-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of ___August___, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge