UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Lachlian Ormond III**            **Docket No. 5:16-CR-80-1FL**

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Lachlian Ormond III, who, upon an earlier plea of guilty to Felon in Possession of a Firearm 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 5, 2017, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Lachlian Ormond III was released from custody on June 26, 2019, at which time the term of supervised release commenced.

On August 14, 2019, a Petition for Action was submitted as a result of a positive urine sample for methamphetamine. The probation office requested the removal of the DROPS condition and referred the defendant for a substance abuse assessment to address the new use. The court concurred with the recommendation.

On January 15, 2020, a Violation Report was submitted as a result of a positive urine sample for marijuana. The probation office requested that the defendant be referred back to treatment for an updated assessment to address the new use. The court concurred with the recommendation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 24, 2020, the defendant submitted a urine sample that returned positive for marijuana on February 3, 2020. The defendant denied new use of marijuana and the probation office requested further confirmation testing. On February 6, 2020, Alere Laboratory confirmed new use of marijuana. As a result, the probation office is recommending that the defendant complete a 30 day sanction of location monitoring to address the violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to the defendant's residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: February 18, 2020 |

## ORDER OF THE COURT

Considered and ordered this __19th__ day of __February__, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge